# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Quad Int'l, Inc.

                              Plaintiff,

v.                                              Case No.: 1:12−cv−08436
                                                Honorable John J. Tharp Jr.

John Doe

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2012:

      MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Plaintiffs motion for leave to take discovery prior to the Rule 26(f) Conference [4] is granted. The Court stipulates that there should be no publication of the individuals name in any public pleading until such point the individual has had the opportunity to be served, appear in this case, and respond to the complaint. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.